# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| MELISSA A ARROYO, ) | |
| ) | CASE NO. C05-4093DEO |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT IN A CIVIL CASE |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

The decision of the ALJ is reversed and the Commissioner is directed to compute and award supplemental security income disability benefits to Plaintiff Melissa A Arroyo with an onset date of February 24, 2003.

DATED: February 21, 2007

**Pridgen J Watkins - Clerk**

BY: s/KFS
Deputy Clerk